IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KELLY S. MAHNKE,

                Plaintiff,

v.                                                    ORDER

DANIEL GARRIGAN,                              09-cv-408-slc

                Defendant.

---

Plaintiff Kelly S. Mahnke is proceeding in this case on her claims that defendant Daniel Garrigan violated her Fourth and Fourteenth Amendment rights when he removed her horse from her possession. Now plaintiff has filed a motion to compel defendant to produce a complete copy of trial transcripts that he has introduced as evidence through his Proposed Findings of Fact as Exhibits D and E. The transcripts requested are of circuit court proceedings in late 2005 and early 2006 for proceedings in Columbia County and Sauk County circuit courts. Also, plaintiff requests an extension of time to respond to defendant's proposed findings of fact.

In his response, defendant states that although he has no obligation to provide these transcripts to plaintiff he will allow plaintiff the opportunity to obtain a copy of the transcripts in his possession immediately and will split the cost with her. This is a reasonable response to plaintiff''s request for the transcripts. Because plaintiff will have immediate access to the transcripts, her request for an extension of time to respond to defendant's proposed findings of fact will be denied.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to compel production of documents, dkt. #52, is DENIED. And

2. Plaintiff's request for an extension of time to reply to defendant's proposed findings of fact, dkt. #52, is DENIED.

Entered this 5th day of May, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge