IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KELLY S. MAHNKE

                Plaintiff,                            MEMORANDUM

v.

                                                    09-cv-408-wmc

DANIEL GARRIGAN

                Defendant.

---

Plaintiff has filed her reply to her proposed findings of fact in support of her summary judgment motion. She has not signed the document as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning plaintiff's reply to her proposed findings of fact to her with her copy of this memorandum and giving her until June 2, 2010, in which to sign and return the document to this court. Failure to do so will result in the document being stricken pursuant to Rule 11(a).

        Entered this 24th day of May, 2010.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge