IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY S. MAHNKE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-408-wmc

DANIEL GARRIGAN and
COLUMBIA COUNTY,

    Defendants.

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      _____
Peter Oppeneer, Clerk of Court              Date

(signed) Peter Oppeneer     6/28/10