IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KELLY S. MAHNKE,

      Plaintiff,      ORDER

v.

               09-cv-408-wmc

DANIEL GARRIGAN,

      Defendant.

---

  In this lawsuit brought under 42 U.S.C. § 1983, plaintiff Kelly S. Mahnke contended that defendant Daniel Garrigan of the Columbia County Sheriff's Department violated her Fourth and Fourteenth Amendment rights when he removed her horse from her possession on July 4, 2003, based on the mistaken belief that it had been mistreated.. On June 28, 2010, the court granted defendant's motion for summary judgment, denied plaintiff's motion for summary judgment, entered judgment in defendant's favor and closed the case. On July 12, 2010, Mahnke moved to supplement the record to add the depositions of Shirley Hoel and Jennifer Thompson. Since these depositions were docketed on July 12, 2010, her motion to supplement the record will be granted.

  Also before the court is Mahnke's' July 27, 2010 notice of appeal and request to proceed <u>in forma pauperis</u> on appeal. Because plaintiff was granted leave to proceed <u>in forma pauperis</u> in this court, she "may proceed on appeal <u>in forma pauperis</u> unless the district court shall certify that the appeal in not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Fed. R. App. P. 24(a). The court being

unable to so certify and seeing no other reason to deny Mahnke's request to proceed <u>in forma pauperis</u>,

    IT IS ORDERED that

        1. Plaintiff Kelly S. Mahnke's motion for leave to proceed <u>in forma pauperis</u> on appeal, dkt. #92, is GRANTED.

        2. Plaintiff's motion to supplement the record, dkt. #84, is GRANTED.

Entered this 3rd day of August, 2010.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge